1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHAMSING KETMANY,

      Plaintiff,                                   CIV S-05-0837 CMK

      vs.

JO ANNE B. BARNHART,                   <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted; and

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

1

1     4. Within fifteen days from the date of this order, plaintiff shall submit to the
2 United States Marshal a completed summons and two copies of the complaint and to file a
3 statement with the court that said documents have been submitted to the United States Marshal.
4     5. The United States Marshal is directed to serve all process without prepayment
5 of costs not later than sixty days from the date of this order. Service of process shall be
6 completed by delivering a copy of the summons and complaint to the United States Attorney for
7 the Eastern District of California, and by sending a copy of the summons and complaint by
8 registered or certified mail to the Attorney General of the United States at Washington, D.C. See
9 Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and
10 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
11 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235. See
12 Fed. R. Civ. P. 4(i)(2).
13 DATED: June 20, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE