1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  KHAMSING KETMANY,                    CASE NO. 2:05-CV-00837-WBS-CMK

12         Plaintiff,                    STIPULATION AND ORDER
                                         EXTENDING DEFENDANT'S TIME
13     v.                                TO RESPOND TO PLAINTIFF'S
                                         MOTION FOR SUMMARY
14  JO ANNE B. BARNHART,                 JUDGMENT TO MARCH 6, 2006
     Commissioner of
15   Social Security,

16         Defendant.

17

18

19         IT IS HEREBY STIPULATED by and between the parties, through their respective

20  undersigned attorneys, with the approval of the Court, that Defendant's time to respond to

21  Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from

22  the present due date of February 6, 2006, by thirty days, to the new response date of March 6,

23  2006.  The extension is needed due to a clerical error which resulted in an incorrectly calendared

24  due date.  The additional time will permit negotiations for settlement or, if settlement is not

25  possible, completion of the Commissioner's motion for remand.

26         This is the first extension requested re Defendant's response to Plaintiff's motion for

27  summary judgment.

28  Stip.& Order Ext. Def.'s Time - 2:05-00837                1

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 21, 2006        */s/ Bess M. Brewer*
                                                 BESS M. BREWER

                                                 Attorney for Plaintiff

DATED: February 21, 2006        McGREGOR W. SCOTT
                                                 United States Attorney

                                          By: */s/ Bobbie J. Montoya*
                                                 BOBBIE J. MONTOYA
                                                 Assistant U. S. Attorney

                                                 Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

SHEA LITA BOND
Assistant Regional Counsel

United States Social Security Administration

Stip.& Order Ext. Def.'s Time - 2:05-00837    **2**

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMSING KETMANY,<br><br>            Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-00837-WBS-CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *February 21, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before March 6, 2006.

SO ORDERED.

DATED:   February 22, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:05-00837