IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMSING KETMANY, | No. CIV S-05–0837-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On March 17, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

///

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1. The findings and recommendations filed March 17, 2006, are adopted in
5 | full;
6 | 2. Plaintiff's motion for summary judgment is granted;
7 | 3. Defendant's motion for remand is granted;
8 | 4. This matter is remanded for further proceedings as outlined in the March
9 | 17, 2006, findings and recommendations; and
10 | 5. The Clerk of the Court is directed to enter judgment and close this file.
11 | DATED:  April 10, 2006

*[Signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE