McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
SHEA LITA BOND
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMSING KETMANY,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-00837-WBS-CMK**<br><br>STIPULATION AND [proposed] ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned

counsel, with the Court's approval, that counsel for Plaintiff be

awarded attorney's fees under the EAJA in the amount of FOUR

THOUSAND AND 00/100 DOLLARS ($4,000.00), for compensation for legal

services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §

2412(d), thereby constituting a compromise settlement for all fees

under the EAJA in this action, but not constituting any admission of

Defendant's liability under the EAJA.

Payment of the amount specified above shall constitute a

EAJA Stip & Order - 05-00837-WBS-CMK                    1

1  complete release from and bar to any and all claims of Plaintiff's

2  counsel relating to EAJA fees in connection with this action,

3  without prejudice to any future request for fees under the Social

4  Security Act, 42 U.S.C. § 406(b).

5      The parties further stipulate that Plaintiff's counsel shall

6  furnish to Defendant's counsel, and Defendant's counsel shall

7  retain, a facsimile of this stipulation bearing counsel's signature,

8  and that Defendant shall e-file the document pursuant to applicable

9  local rules.

10
11  DATED: May 1, 2006         By:    /s/ Bess M. Brewer
                                     BESS M. BREWER
12                                   Attorney at Law

13                                   Attorney for Plaintiff

14  DATED: May 1, 2006         McGREGOR W. SCOTT
                               United States Attorney
15                             BOBBIE J. MONTOYA
                               Assistant U.S. Attorney
16
                               By:    /s/ Bobbie J. Montoya for
17                                   SHEA LITA BOND
                                     Special Assistant U. S. Attorney
18
                                     Attorneys for Defendant
19
    OF COUNSEL
20  LUCILLE GONZALES MEIS
    CHIEF COUNSEL, REGION IX
21  U.S. SOCIAL SECURITY ADMINISTRATION

22                           ORDER

23      APPROVED AND SO ORDERED.

24  DATED:  May 2, 2006

25

26                           _____
                             WILLIAM B. SHUBB
27                           UNITED STATES DISTRICT JUDGE

28

    EAJA Stip & Order - 05-00837-WBS-CMK         2